# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Russell Garza
Plaintiff

v.

CBRE, Inc.
Defendant

3:26-cv-02200-K
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendant, CBRE, Inc.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

CBRE, Inc. is a wholly owned subsidiary of CBRE Services, Inc., and an indirect, wholly owned subsidiary of CBRE Group, Inc. CBRE Group, Inc. is a publicly traded company that indirectly owns more than 10% of CBRE's stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Russell Garza (Plaintiff), Law Offices of Jason Smith, Jason C.N. Smith (Counsel for Plaintiff), CBRE, Inc. (Defendant), Fisher & Phillips, LLP, Amanda E. Brown of Fisher & Phillips, LLP (Counsel for Defendant), and Alen A. Samuel of Fisher & Phillips, LLP (Counsel for Defendant).

| | |
|---|---|
| Date: | July 1, 2026 |
| Signature: | /s/ Amanda E. Brown |
| Print Name: | Amanda E. Brown |
| Bar Number: | 24087839 |
| Address: | 500 Crescent Court, Ste. 300 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214-220-9100 |
| Fax: | 214-220-9122 |
| E-Mail: | amebrown@fisherphillips.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.